McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Gregory S. Mason, #148997
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant COSTCO
WHOLESALE CORPORATION

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ELIZABETH ROONEY, | Case No. |
| Plaintiff, | **COSTCO WHOLESALE CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| COSTCO WHOLESALE CORPORATION and DOES 1 to 25, inclusive, | |
| Defendants. | |

## DISCLOSURE OF CORPORATION INTEREST CERTIFICATE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, notice is hereby given by counsel of record for Defendant, COSTCO WHOLESALE CORPORATION, that the following corporate interests are disclosed:

1. The parent company of COSTCO WHOLESALE CORPORATION:  **None**

2. Any publicly held corporation that owns ten percent (10%) or more of COSTCO WHOLESALE CORPORATION:  **None**.

1    Dated:  February 12, 2021                    McCORMICK, BARSTOW, SHEPPARD,
                                                   WAYTE & CARRUTH LLP
2

3

4                                      By:                /s/Gregory S. Mason
                                                       Gregory S. Mason
5                                           Attorneys for Defendant COSTCO WHOLESALE
                                                        CORPORATION
6    071771-000071 7416504.1

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COSTCO WHOLESALE CORPORATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT