# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH ROONEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant. | Case No. 1:21-cv-00190-DAD-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 13) |

On May 5, 2021, the Court ordered the parties to file dispositional documents within thirty (30) days. (ECF No. 12.) On June 2, 2021, the parties filed a request for an additional thirty (30) days to complete the settlement in this matter to resolve potential issues regarding Medicare reimbursement. (ECF No. 13.)

Accordingly, finding good cause, it is HEREBY ORDERED that:

1. The request to extend the time to file dispositional documents is GRANTED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: __**June 3, 2021**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1